IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOMAR BULTRON-HERNANDEZ<br>**2) EFRAIN G. JUARBE-CALDERON**<br>Defendants | CRIMINAL 12-0461CCC |

**ORDER**

Having considered the Report and Recommendation filed on November 21, 212 (**docket entry 41**) on a Rule 11 proceeding of defendant Efraín G. Juarbe-Calderón (2) held before U.S. Magistrate Judge Marcos E. López on October 31, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 31, 2012. The **sentencing hearing is set for February 5, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on December 10, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge